**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Mauro SANDOVAL–ALVAREZ,
Defendant–Appellant.**

No. 05–20479
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 28, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

Jose Mauro Sandoval–Alvarez appeals his conviction for conspiracy to possess with intent to distribute cocaine. For the first time on appeal, Sandoval–Alvarez argues that 21 U.S.C. § 841, the statute of conviction, is unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). The Government argues that the waiver provision in Sandoval–Alvarez's plea agreement precludes his attack on the constitutionality of § 841. We assume, *arguendo* only, that the waiver does not bar the constitutional challenge to 21 U.S.C. § 841.

Sandoval–Alvarez acknowledges that the constitutional challenge is foreclosed by *United States v. Slaughter,* 238 F.3d 580, 582 (5th Cir.2000), and that he is raising the issue to preserve it for Supreme Court review.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.